# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RAMOS, JR., | ) NO. CV 08-08070 JSL (SS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| EVANS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 5/5/10

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE